FILED
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) v. ) ) MARIA de los TANIA-GARCIA ) ) ) | CR. NO 2:06CR 022-MHT [18 U.S.C. § 1546(a)] [42 U.S.C. § 408(a)(7)(B)] **INDICTMENT** |

The Grand Jury charges:

### COUNT 1

On or about May 4, 2005, in Montgomery, Alabama, in the Middle District of Alabama,

**MARIA de los TANIA-GARCIA,**

did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

### COUNT 2

On or about May 4, 2005, in Montgomery, Alabama in the Middle District of Alabama,

**MARIA de los TANIA-GARCIA,**

1

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to her by the Commissioner of Social Security when in fact such is not the Social Security account number assigned to her by the Commissioner, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 3

On or about May 5, 2005, in Montgomery, Alabama in the Middle District of Alabama,

**MARIA de los TANIA-GARCIA,**

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to her by the Commissioner of Social Security when in fact such is not the Social Security account number assigned to her by the Commissioner, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney