# COURTROOM DEPUTY'S MINUTES        MIDDLE DISTRICT OF ALABAMA

--------------------------------------------------------------------------------------------

√INITIAL APPEARANCE                    **DATE: February 3, 2006**
❏ BOND HEARING
❏ DETENTION HEARING                    **Digital Recording   2:00 - 2:10**
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ARRAIGNMENT

--------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO. 2:06cr22-MHT**              **DEFENDANT NAME:** Maria de los Tania-Garcia

**AUSA:** Christopher Snyder           **DEFT. ATTY:**  Samuel Walker

                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( √ ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** (    ) NO; ( √ )YES  **Name:** Beverly Childress

_____

| | |
|---|---|
| √ | Date of Arrest February 2, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | ORAL Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed* |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE:  2/8/06 |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: March 27, 2006** |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*Defendant's ORAL WAIVER of detention hearing based on detainer that has been filed.**
**\*\*Defendant refused to execute speedy trial waiver**