IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06Cr. 22 |
| ) | |
| MARIA TANIA-GARCIA ) | |

RECEIVED 2006 FEB 10 P 12: 59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

COMES NOW, the defendant by and through counsel and gives his notice of appearance as retained counsel for the defendant in this cause.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney at Law
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 10 day of Febry, 2006.

Laura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

Ben E. Bruner