IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-022-T** |
| ) | |
| **MARIA de los TANIA-GARCIA** ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel. Undersigned counsel has been informed that attorney Ben Brunner, Esq. has been retained and has filed a Notice of Appearance as counsel for Ms. Tania-Garcia.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record.

                Respectfully submitted,

                s/Christine A. Freeman
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Attorney for Defendant
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street , Suite 407
                Montgomery, AL 36104
                TEL:  (334) 834-2099
                FAX:  (334) 834-0353
                E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-022-T** |
| | ) | |
| **MARIA de los TANIA-GARCIA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Christopher A. Snyder, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN
TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org