# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO: 2:06-CR-022-T |
| ) | |
| MARIA de los TANIA-GARCIA ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and files this Motion to Withdraw as Counsel. Undersigned counsel has been informed that attorney Ben Brunner, Esq. has been retained and has filed a Notice of Appearance as counsel for Ms. Tania-Garcia.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving her as counsel of record.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 15th DAY OF February, 2006

_____
UNITED STATES MAGISTRATE JUDGE