```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
   v. )    CRIMINAL ACTION NO.
)       2:06cr22-MHT
**MARIA DE LOS TANIA-GARCIA** )

## ORDER

It is ORDERED that this criminal case is set for an on-the-record scheduling conference on February 21, 2006, at 9:30 a.m. Counsel for the government is to arrange for the conference to be conducted by telephone.

DONE, this the 15th day of February, 2006.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**