# **MINUTES**

```
          IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY, ALABAMA

DATE COMMENCED   FEBRUARY 21, 2006        AT     9:25        A.M./P.M.

DATE COMPLETED   FEBRUARY 21, 2006        AT     9:28        A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V | ) CR No. 2:06-cr-22-T |
| | ) |
| MARIA DE LOS TANIA-GARCIA | ) |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher Snyder | X | Atty Ben Bruner |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Nicole Birch | Ann Roy | Mitchell Reisner |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SCHEDULING CONFERENCE


9:25 a.m.    Scheduling Conference commenced.
             March 27, 2006 trial date confirmed; possible plea. Jury
             Selection to be held before Judge Albritton or Judge Watkins.
9:28 a.m.    Conference concluded.