| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:26 - 3:27 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr22-MHT        **DEFENDANT(S)** Maria de los Tania-Garcia

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Ben Bruner |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Likely plea
    Last plea date - 3/15/06 no later than 2:00

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**