IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-22-T |
| | ) | |
| MARIA de los TANIA-GARCIA | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on March 2, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Maria de los Tania-Garcia, to Special Agent Blake Diamond, ICE, on March 3, 2006, through June 3, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agent Blake Diamond, ICE, return said prisoner into the custody of the United States Marshals Service when he has finished with her.

Done this the _____ day of March, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE