IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr22-MHT |
| | ) | |
| MARIA de los TANIA-GARCIA | ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #21) filed on

March 13, 2006, it is hereby

ORDERED that the defendant, MARIA de los TANIA-GARCIA, appear with

counsel before the undersigned Magistrate Judge on March 15, 2006 at 2:00 p.m. in

Courtroom 5B,  Frank M. Johnson, Jr. Federal Building and United States Courthouse

Complex, One Church Street, Montgomery, Alabama,  to enter a change of plea.

The Clerk is directed to provide a court reporter and interpreter for this

proceeding.  If the defendant is in custody, the United States Marshal or the person

having custody of the defendant shall produce the defendant for this proceeding.

Done, this 14th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE