IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:06 - 22
)
MARIA TANIA-GARCIA )
)

**AMENDED NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant by and through counsel and gives notice to the court of his intent to change his plea from that of not guilty to one of guilty as to all counts. Furthermore, defendant notifies the court that there is a plea agreement in this matter.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for the Defendant
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

**CERTIFICATE OF SERVICE**

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 14 day of March, 2006.

Christopher A. Snyder.
P.O. Box 197
Montgomery, Alabama 36101

Ben E. Bruner