| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 15, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 2:00 - 2:18** |
| | **COURT REPORTER: Jimmy Dickens** |

☐ **ARRAIGNMENT**      √ **CHANGE OF PLEA**      ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**      ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr22-MHT      **DEFENDANT NAME:** Maria de los Tania-Garcia
**AUSA:** Christopher Snyder      **DEFENDANT ATTORNEY:** Ben Bruner

Type counsel ( )Waived; (√ )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Al Lancaster

Interpreter present? ( )NO; (√ )YES   Name: Beverly Childress

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.

**PLEA:**      ☐ Not Guilty
           √ Guilty as to:
               √ Count(s):   1 & 2 of the Indictment
               √ Count(s):        3       ☐ dismissed on oral motion of USA
                                        √ to be dismissed at sentencing

√ Written plea agreement filed    ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1& 2 of the Indictment
☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                ☐ Defendant requests time to secure new counsel

*Defense counsel will file a motion for expedited sentencing.