IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 23 P 2:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06 - 22 |
| | ) |
| MARIA TANIA-GARCIA | ) |

## MOTION FOR EXPEDITED SENTENCING

COMES NOW, the defendant by and through counsel and moves this Honorable Court to schedule her sentencing as soon as practicable. As grounds therefor, the defendant states the following:

1. The defendant has entered into a plea agreement whereby, should the court accept the agreement, she would receive a sentence of "time served" in exchange for pleading guilty to two counts of false immigration document charges.

2. Sentencing in this cause is scheduled for June 22, 2006.

3. The defendant is detained and will be deported after her release in this caus

4. The probation officer assigned to this case does not object to expediting the sentencing in this matter.

5. Both the government and the undersigned counsel believes that the defendant will be probation eligible and in the 0 - 6 month guideline range.

WHEREBY the defendant moves that her sentencing in this cause be expedited.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for the Defendant
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document

was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 23 day of March, 2006.

Christopher A. Snyder.
P.O. Box 197
Montgomery, Alabama  36101

_____
Ben E. Bruner