IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr22-MHT |
| MARIA TANIA-GARCIA | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Maria Tania-Garcia's motion for expedited sentencing (doc. no. 28) is granted.

(2) The sentencing for defendant Tania-Garcia, now set for June 22, 2006, is reset for April 12, 2006, at 10:00 a.m., in Courtroom 2E, Frank M. Johnson, Jr., Courthouse Complex, One Church Street, Montgomery, Alabama

DONE, this the 27th day of March, 2006.

                       /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE