# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE            AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __APRIL 12, 2006__            AT __10:05__ A.M./P.M.

DATE COMPLETED __APRIL 12, 2006__            AT __10:13__ A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Cr No. 2:06cr22-MHT |
| | ) | |
| MARIA DE LOS TANIA-GARCIA | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Christopher Snyder | X | Atty Ben Bruner |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Sheila Carnes, | Kevin Kish, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

Beverly Childress, Interpreter

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

10:05 a.m.    Court convened; sentencing hearing commenced. Interpreter oath issued.  Terms of plea agreement were stated on the record (AUSA Snyder); PO concurs with agreement; **Court accepts plea agreement.** No objections to PSR.  Sentence imposed at time served (2 months, 10 days). Government's **oral motion** to dismiss count three of the indictment; **ORAL ORDER** granting oral motion to dismiss count three.
10:13 a.m.    Court adjourned.